IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00325-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMIE DURELL LAKE,

Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the

United States Marshal's Service requiring said United States Marshal to produce JAMIE

DURELL LAKE, D.O.B. 1961, Inmate No. 42174, before a United States Magistrate

Judge, as soon as practicable, for proceedings and appearances upon the charge set forth

in the Indictment and to hold him at all times in his custody as an agent of the United

States of America until final disposition of the defendant's case, and thereafter to return

the defendant to the institution wherein he is now confined.

SO ORDERED this 14th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO